| Date | Pleading Number | |
|---|---|---|
| 12/20/73 | 1 | MOTION of Florida plaintiffs Piambino, et al. for consolidation of A-1 thru A-6 under Section 1407. No supporting brief included and insufficient certificate of service. Requested Transferee Forum: S.D. Florida (Judge James L. King) Counsel for movant advised of deficiencies in motion on 12/21/73) |
| 1/10/74 | | Counsel for plaintiff Peter Marion, et al. request for extension of time to file response |
| 1/10/74 | | Counsel for Bestline (N.Y. action) request for extension of time to file response |
| 1/10/74 | | ORDER extending to all parties 1/21/74 to file and serve response to motion. Notified counsel |
| 1/14/74 | 2 | WILLIAM E. BAILEY motion w/brief to strike original motion and request for extension of time. |
| 1/17/74 | | ORDER - Striking motion of Florida plaintiffs Piambino, et al for failure to comply with rules. Notified counsel, involved clerks, judges. |
| 1/21/74 | 3 | Plaintiff, MOVANT, Piambino, et al. brief and supplemental cert. of service. |
| 2/14/74 | | ORDER -- striking the brief filed by plaintiff Piambino as not complying with Rule 6. Notified counsel |
| 2/14/74 | 3A | MOTION of Bestline Products, Inc., with supporting brief, and Schedule A. A-1 thru A-9. Requested transferee forum: S.D. Florida (Judge James L. King) |
| 2/26/74 | | HEARING ORDER setting A-1 through A-9 for hearing, March 22, 1974 Denver, Colorado |
| 3/1/74 | | PLAINTIFF KJENTVET request for extension of time to 3/8/74 - GRANTED |
| 3/4/74 | 4 | Ammerman plaintiffs response to motion w/cert. of service |
| 3/4/74 | 5 | Francis A. Bienvenue response to motion w/cert. of service. and or Louisiana Plaintiffs. |
| 3/4/74 | 6 | Piambino plaintiffs response to motion |
| 3/4/74 | 7 | ANSPACH'S request for extension to file response - GRANTED to 3/8/74 |
| 3/7/74 | 8 | KJENTVET plaintiffs response to motion w/cert. of service |
| 3/11/74 | 9 | PAUL ANSPACH response to motion w/cert. of service |
| 3/14/74 | 10 | BESTLINE PRODUCTS reply brief w/cert. of service |
| 5/1/74 | | CONSENT OF JUDGE FULTON FOR JUDGE KING TO HANDLE LITIGATION IN THE S.D. FLORIDA PURUSANT TO 28 U.S.C. §1407 |
| 4/29/74 | | OPINION AND ORDER transferring A-1, A-4, A-5, A-6, A-8 and A-9 to the S.D. Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. A-7 is pending in S.D. Florida. A-2, A-3 transfer denied as not related |
| 12/2/74 | | PIAMBINO, ET AL. V. BANK OF AM. NATIONAL TRUST AND SAVINGS ASSOC. N.D. CALIF, C-74-2411-AJZ -- CTO entered today. Notified counsel involved in action and involved judges |
| 12/10/74 | | PIAMBINO, ET AL. V. BANK OF AM. NATIONAL TRUST AND SAVINGS ASSOC. N.D. CALIF., C-74-2411-AJZZ -- EVELLE YOUNGER NOTICE OF OPPOSITION RECEIVED TODAY. ORDER AUTOMATICALLY STAYED. Notified counsel, involved judges. |
| 12/16/74 | | PIAMBINO V. BANK OF AM. NATIONAL TRUST & SAVINGS ASSOC N.D. CALIF. C74-2411-AJZ NOTICE OF OPPOSITION -- Bank of America National Trust and Savings Assoc. and H. LEE HOLDEN |

| Date | Pleading Number | |
|---|---|---|
| ~~XXXXXXXX~~ | ~~XXXX~~ | ~~STATE OF CONN~~ ~~REQUEST FOR EXT. OF TIME TO FILE REPLY TO~~ ~~1/10/75~~ ~~GRANTED~~ |
| 12/23/74 | 11 | MOTION AND BRIEF TO VACATE CTO. (Peter Piambino v. Bank of America) BANK OF AMERICA w/cert of service |
| 12/23/74 | 12 | MOTION AND BRIEF TO VACATE CTO (Piambino v. Bank of America) EVELLE J. YOUNGER w/cert. of service |
| 1/3/75 | | PIAMBINO, ET AL. V. BANK OF AMERICA, N.D. CALIF., C-74-2411-AJZ  HEARING ORDER -- re: oppositions to CTO -- Jan. 24, 1975  Phoenix, Arizona (19) |
| 1/3/75 | 13 | MOTION AND BRIEF TO VACATE CTO (Peter Piambino) DEFT. H. LEE HOLDEN  Adopts Bank America Brief filed 12/23/74 |
| ~~1/7/75~~ | ~~14~~ | ~~RESPONSE (Piambino) CTO opposition) BESTLINE PRODUCTS AND BESTLINE CORP. w/cert. of service~~ |
| 1/7/75 | 14 | MOTION AND BRIEF -- (Piambino) BESTLINE PRODUCTS AND BESTLINE CORP. w/cert. of service |
| 1/17/75 | | CORRECTION ORDER -- to delete Jan. 25, 1975 on HEARING ORDER filed on Jan. 3, 1975 and to insert Jan. 24, 1975. |
| 2/14/75 | | PIAMBINO V. BANK OF AMERICA, ET AL., N.D.CALIF., C74-2411-AJZ  ORDER -- Vacating CTO. Notified transferor clerk, judge involved counsel |
| 6/6/75 | 15 | Vivian L. Black v. Bestline products, Inc., W.D. Texas, A-74-CA-69  Jeff Eastman v. Bestline Products, Inc., W.D. Texas, A-75-CA-1  Toni Hollingsworth v. Bestline Products, Inc., W.D.Texas, A-75-CA-52  Earl Schwettmann v. Bestline Products, Inc., W.D.Texas, A-75-CA-63  MOTION, BRIEF -- BESTLINE PRODUCTS to transfer action to S.D.Florida |
| 6/17/75 | | BESTLINE PRODUCTS CERTIFICATE OF SERVICE RE: Pleading No. 15 |
| 7/3/75 | | Vivian L. Black v. Bestline, W.D.Texas, A-74-CA-69  Jeff Eastman v. Bestline, W.D. Texas A-75-CA-51  Toni Hollingsworth v. Bestline Products., A-75-CA-52  Earl Schwettmann v. Bestline Products, W.D. Texas, A-75-CA-63  HEARING ORDER -- Setting actions for Hearing on July 25, 1975  Minneapolis, Minnesota |
| 7/21/75 | 16 | RESPONSE -- Plaintiffs w/cert. of service |
| 11/14/75 | | OPINION AND ORDER -- TRANSFERRING THE FOLOWING ACTIONS TO THE S.D. OF FLORIDA FOR ASSIGNMENT TO JUDGE KINGE UNDER 28 U.S.C. §1407  Vivian L. Black v. Bestline Products, Inc., W.D.Texas, A-74-CA-69  Jeff Eastman v. Bestline Products, Inc., W.D.Texas, A-75-CA-51  Toni Hollingsworth v. Bestline Products, Inc., W.D.Texas, A-75-CA-52  Earl Schwettmann v. v. Bestline Products, Inc., W.D.Texas, A-75=CA-63 |
| 3/16/76 | | ROBERT K. FISHER, ET AL. V. BESTLINE PRODUCTS, INC., ET AL.  E.D.N.C., 74-334-Civ-5 -- SHOW CAUSE ORDER FILED TODAY. Notified counsel, involved judges |
| 3/31/76 | | HEARING ORDER -- Setting Fisher v. Bestline, E.D.N.C., C.A. No. 74-334- for hearing, April 23, 1976, Washington, D. C. |
| 4/6/76 | | CORRESPONDENCE Re: Transfer of Fisher action; withdrawal of opposition |
| 4/6/76 | | ORDER -- Transferring Fisher v. Bestline E.D.N.C., C.A. No. 74-334 to the S.D. Fla. under 28 U.S.C. §1407 |

JPML FORM 1A - Continuation        DOCKET ENTRIES -- p. 1

DOCKET NO. 162 -- IN BESTLINE ANTITRUST & SECURITIES LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 5/16/79 | | SUGGESTION FOR REMAND -- Judge James Lawrence King (rew) |
| 5/16/79 | | CONDITIONAL REMAND ORDERS FILED TODAY -- See Below<br>    A-1 Ammerman v. Bestline, C.A.No. 74-634 (E.D.Wisc., 70-C-448)<br>    A-4 Bienvenue, et al. v. Bestline, et al., 74-621 (E.D.La., 73-2779)<br>    A-5 Kjentvet, et al. v. Bestline, et al., 74-649 (W.D.Wisc., 73-C-276)<br>    A-6 Marion, et al. v. Bestline, et al., 74-733 (S.D.N.Y., 73 Civ 4533)<br><br>    A-8 Tisser v. Bestline, 74-639 (E.D.N.Y., 73 C 914)<br>    A-9 Whittenburg, et al. v. Bestline, 64-622 (M.D.Tenn. 7014)<br>    C-1 Black v. Bestline, 75-2874 (W.D.Tex., A-74-69-CA)<br>    C-2 Eastman v. Bestline, 75-2875 (W.D.Tex., A-75-CA-51)<br>    C-3 Hollingsworth v. Bestline, 75-2876 (W.D.Tex., A-75-CA-52)<br>    C-4 Schwettman v. Bestline, 75-2877 (W.D.Tex., A-75-CA-63)<br>    C-5 Fisher v. Bestline, 76-722 (E.D.N.C., 74-334 Civ.5<br>    Notified involved counsel, transferee judge. (rew) |
| 6/1/79 | | CONDITIONAL REMAND ORDERS FINAL TODAY<br>    A-1 Ammerman v. Bestline, C.A.No. 74-634 (E.D.Wisc., 70-C-448)<br>    A-4 Bienvenue, et al. v. Bestline, et al., 74-621 (E.D.La., 73-2779)<br>    A-5 Kjentvet, et al. v. Bestline, et al., 74-649 (W.D.Wisc., 73-C-276)<br>    A-6 Marion, et al. v. Bestline, et al., 74-733 (S.D.N.Y., 73 Civ 4533)<br><br>    A-8 Tisser v. Bestline, 74-639 (E.D.N.Y., 73 C 914)<br>    A-9 Whittenburg, et al. v. Bestline, 64-622 (M.D.Tenn. 7014)<br>    C-1 Black v. Bestline, 75-2874 (W.D.Tex., A-74-69-CA)<br>    C-2 Eastman v. Bestline, 75-2875 (W.D.Tex., A-75-CA-51)<br>    C-3 Hollingsworth v. Bestline, 75-2876 (W.D.Tex., A-75-CA-52)<br>    C-4 Schwettman v. Bestline, 75-2877 (W.D.Tex., A-75-CA-63)<br>    C-5 Fisher v. Bestline, 76-722 (E.D.N.C., 74-334 Civ.5<br>    ~~Notified involved counsel, transferee judge. (rew)~~<br>NOTIFIED JUDGE AND CLERKS (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 162 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/05/05 | 17 | Letter from Chief Judge King referencing Circuit Court order remanding actions for further proceedings and J. King order dated 8/16/85 reassigning litigation to Judge Marcus. tmq |
| 86/05/05 | | ORDER REASSIGNING LITIGATION -- to Judge Stanley Marcus pursuant to 28 U.S.C. §1407. Notified counsel, involved clerk, Judge Marcus and Judge King. tmq |

UNPUBLISHED ORDER STRIKING MOTION FILED 12/20/73
DOCKET NO. 162 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OPINION AND ORDER, APRIL 29, 1974  375 F. Supp. 926

O&O, -11/14/75- 405 F. Supp. 313

Description of Litigation

IN RE BESTLINE PRODUCTS SECURITIES & ANTITRUST LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 3/22/74
Date(s) of Opinion(s) or Order(s) 4/29/74         JUDGE STANLEY MARCUS
Consolidation Ordered xxx    Name of Transferee Judge ~~JAMES LAWRENCE KING~~
Consolidation Denied ____    Transferee District  Southern District of Florida

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Phillip et al Ammeran v. Bestline Products, Inc. | E.D.Wisc. | 70-C-448 | | | | Fla. Pltfs. Mot.-12/20/73 |
| A-2 | Whittenburg v. Bestline Products, Inc. | M.D.Tenn. MORTON | 7014 | | | | " " |
| A-3 | Henry et al Kjentbet v. Bestline Products, Inc., et al. | W.D.Wisc. | 73C276 | | | | " " |
| A-4 | Piambino v. Bestline Products, Inc. | S.D.Fla. | 73-1230-Ci-JLK | | | | " " |
| A-5 | Peter et al. Marion v. Bestline Products, Inc. et al. | S.D.N.Y. | 73 Civ. 4533 | | | | " " |
| A-6 | Tisser v. Bestline Products, Inc. | E.D.N.Y. | 73-C-914 | | | | " " |

DOCKET NO. __162__ (CONTINUED)    PAGE __2__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 ✓ | Phillip Ammerman, et al. v. Bestline Products, Inc. | E.D.Wisc. Reynolds | 70-C-448 | 4/29/74 | 74-634 | R-6-1-79 | Defs. Motion 2/14/74 |
| A-2 | Paul Anspach v. Bestline Products, Inc., et al. | N.D.Cal. Peckham | C-73-1282-RFP | denied O+O 4/29/74 | | | " |
| A-3 | Dorothy Forsland v. Bestline Products, Inc. | N.D.Cal. Wollenburg | C-73-775-ACW | denied O+O 4/29/74 | | | " |
| A-4 ✓ | Francis A. Bienvenue, et al. v. Bestline Products, Inc., et al. | E.D.La. Comiskey | 73-2779 Section G | 4/29/74 | 74-621 | R-6-1-79 | " |
| A-5 ✓ | Henry S. Kjentvet, et al. v. Bestline Products, Inc., et al. | W.D.Wisc. Doyle | 73-C-276 | 4/29/74 | 74-649 | R-6-1-79 | " |
| A-6 ✓ | Peter Marion, et al. v. Bestline Products, Inc., et al. | S.D.N.Y. Bauman | 73-Civ-4533-AB | 4/29/74 | 74-235 | R-6-1-79 | " |
| A-7 | Peter Piambino, et al. v. William E. Bailey, et al. | S.D.Fla. King | 73-1230-Civ-JLK (NT) | NT | | appeal 4/8/82 | " |
| A-8 ✓ | Samuel Tisser v. Bestline Products, Inc. | E.D.N.Y. Neaher | 73-C-914 | 4/29/74 | 74639 | R-6-1-79 | " |
| A-9 ✓ | Gene Whittenburg, et al. v. Bestline Products Co., Inc., et al. | M.D.Tenn. Morton | 7014 | 4/29/74 | 74-622 | R-6-1-79 | " |
| B-1 | Peter Piambino, et al. v. Bank of America National Trust and Savings Assoc., et al. | N.D.Cal Zirpoli | C-74-2411 | 1/7/75 | | | |

DOCKET NO. 162 (CONTINUED)      PAGE 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 ✓ | Vivian L. Black v. Bestline Products, Inc. | W.D.Texas Roberts | A-74-CA-69 | 11/14/75 | 75-2874 | R-6-1-79 | |
| C-2 ✓ | Jeff Eastman v. Bestline Products Inc. | W.D.Texas Roberts | A-75-CA-51 | 11/14/75 | 75-2875 | R-6-1-79 | |
| C-3 ✓ | Toni Hollingsworth v. Bestline Products, Inc. | W.D.Texas Roberts | A-75-CA-52 | 11/14/75 | 75-2876 | R-6-1-79 | |
| C-4 ✓ | Earl Schwettmann v. Bestline Products, Inc. | W.D.Texas Roberts | A-75-CA-63 | 11/14/75 | 75-2877 | R-6-1-79 | |
| C-5 ✓ | Robert K. Fisher, et al. v. Bestline Products, Inc. | E.D.N.C. Dupree | 74-334-Civ-5 | 4/6/76 | 76-722 | R-6-1-79 | 3/16/76 |
| C-6 | Frank D. Miller, et al. v. Bestline Corp., et al. | S.D.Fla. | 76-1450-Civ-JLK | | | 11/12/81 D | |

*[Handwritten notes on page:]*

Verified Correct
July 1976
ditto July 1977
ditto July 1978

July 1979 - 11 TR / 1 XX2 / 11 Rem / 1 Pdg

July 1980 - 11 TR / 2 XX2 / 11 Rem / 2 Pdg -
July 1981 same
July 1982 same
July 1983 - 1 Dis / 1 Pdg.
July 1984 - Same
July 1985 - Same
July 1986 - Same
July 1987 - 1 Dis
Docket Closed

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 162 -- IN RE BESTLINE PRODUCTS SECURITIES & ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| PHILLIP AMMERMAN, ET AL. (A-1)<br>Frederick Hersh, Esquire<br>Hersh & Stupar, S.C.<br>633 W. Wisconsin Avenue<br>Milwaukee, Wisconsin 53203 | BESTLINE PRODUCTS, INC.<br>BESTLINE CORPORATION<br>Robert W. Humphreys, Esquire<br>Humphreys, Berger, Pitto & Pearl<br>2 North 2nd Street, Suite 1300<br>San Jose, California 95113 |
| ~~PAUL ANSPACH (A-2)<br>Douglas L. Neibauer, Esquire<br>Strauss, Neibauer & Lacy<br>1020 Eye Street<br>Modesto, California 95354~~ | DAVID L. EASTIS<br>Owen O'Donnell, Esquire<br>Meis, O'Donnell & Holsman<br>~~354 Pine Street~~<br>San Francisco, California 94104 |
| ~~DOROTHY FORSLAND (A-3)<br>Paul Stuart Nesse, Esquire<br>1025 N. Fourth Street<br>San Jose, California 95112~~ | GORDON BLAUM<br>EDNA BLAUM<br>GEORGE WUNCH<br>Marc M. Watson, Esquire<br>Pettigrew & Bailey<br>Ste. 1820, 1 Biscayne Tower<br>2 S. Biscayne Boulevard<br>Miami, Florida 33131 |
| FRANCIS A. BIENVENUE, ET AL. (A-4)<br>Adolph J. Levy, Esquire<br>Levy, Smith & Pailet<br>518 S. Rampart Street<br>New Orleans, Louisiana 70113 | |
| HENRY S. KJENTVET, ET AL. (A-5)<br>Robert I. Perina, Esquire<br>Perina & Hoyt<br>111 S. Fairchild Street<br>Maidson, Wisconsin 53703 | WILLIAM E. BAILEY<br>Aubrey V. Kendall, Esquire<br>Mershon, Sawyer, Johnston,<br>  Dunwody & Cole<br>1600 First Nat'l Bank Bldg.<br>Miami, Flrodia 33131 |
| PETER MARION, ET AL. (A-6)<br>Stephen Lee Crystal, Esquire<br>Crystal & Driscoll, P.C.<br>10 E. 40th Street<br>New York, New York 10016 | LARRY HUFF<br>JAMES ROHN<br>CARLTON ("CARL") TUCKER<br>Sanford I. Ruden, Esquire<br>875 Avenue of the Americas<br>New York, New York 10001 |

p. _____

| Plaintiff | Defendant |
|---|---|
| <u>PETER PIAMBINO, ET AL. (A-7)</u><br>James H. Joseph, P.C. *See*<br>Suite 1200, "The Bank" *Lead Counsel*<br>307 Fourth Ave.<br>Pittsburgh, Penna. 15222 | |
| <u>SAMUEL TISSER (A-8)</u><br>Mordecai Rosenfeld, Esquire<br>233 Broadway<br>New York, New York   10007 | |
| <u>GENE WHITTENBURG, ET AL.   (A-9)</u><br>Oliver B. Dickins, Jr., Esq.<br>Castleman, Harris & Dickens<br>807 American Trust Bldg.<br>Nashville, Tennessee  37201 | |
| CO-LEAD COUNSEL FOR PLAINTIFFS<br>  James H. Joseph, Esq. | |
| LEAD COUNSEL FOR PLAINTIFFS<br>  Carl H. Hoffman, Esq.<br>  Suite 410<br>  Biscayne Building<br>  19 West Flagler Street<br>  Miami, Florida   33130 | ( |
| C-1  William R. Buckner, III, Esq.<br>     Box 487<br>     Strawn, Texas   76475 | E. J. BECKMAN ( Deft. C-5)<br>James Blount, Esq.<br>Smith, Anderson, Blont and Mitchell<br>P.O. Box 600<br>Raleigh, North Carolina   27602 |
| C-2  Mary Ellen Felps, Esq.<br>C-3  603 West 13th Street<br>C-4  Austin, Texas   78701 | BESTLINE PRODUCTS, INC.<br>BESTLINE CORP.<br>WILLIAM E. BAILEY<br>W.C. Harris, Jr., Esq.<br>Harris, Poe, Cheshire & Leager<br>P.O. Box 2417<br>Raleigh, North Carolina   27602 |
| ROBERT K. FISHER C-5<br>H. Hugh Stevens, Jr., Esq.<br>Sanford, Cannon, Adams &<br>  McCullough<br>Suite 1500, BB&T Building<br>Post Office Box 389<br>Raleigh, North Carolina   27602 | |
| | C-1 through C-4<br>Dennis Reese, Esq.<br>Small, Craig & Werkenthin<br>Suite 900<br>Perry Brooks Building<br>Austin, Texas   78701 |

**ATTORNEY LIST** -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | STEVE C. STERN<br>JAMES ROHN<br>DAVID L. EASTIS<br>JOSEPH COTRONEO<br>  Robert A. Kasky, Esq.<br>  Abrams, Anton, Robbins,<br>    Resnick & Schneider<br>  1720 Harrison Street<br>  Hollywood, Florida  33020<br><br>LEO DIEL<br>  Thomas E. White, Esquire<br>  Gallucci, Ausland & White<br>  1845 The Alameda<br>  San Jose, Calif.  95126<br><br>WILLIAM E. BAILEY<br>TORO IKEDA<br>  Robert B. Hutchinson, Esq.<br>  Cotchett, Hutchinson & Dyer<br>  Bank of California Bldg.<br>  El Camino Real at 4th Ave.<br>  San Mateo, Calif.  94402<br><br>  ~~Gerald F. Richman, Esq.~~<br>  ~~Frates, Floyd, Pearson,~~<br>    ~~Stewart, Proenza & Richman~~<br>  ~~12th Floor Concord Bldg.~~<br>  ~~Miami, Florida  33130~~<br><br>RICHARD GRILLO<br>JANIN<br>MORGAN<br>BRENNER<br>  Norman S. Segall, Esq.<br>  High, Stack, Davis & lazenby<br>  100 Biscayne Boulevard<br>  Miami, Florida  33131<br><br>  Knight, Peters Hoeveler<br>    Pickle, Niemoeller & Flynn<br>  628 Ingraham Building<br>  Miami, Florida  33131 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | FRANK INTERDONATO<br>  L. Edward McClellan, Jr., Esq.<br>  Rentz, McClellan & Haggard<br>  903 Ingraham Building<br>  Miami, Florida 33131<br><br>ROBERT DEPEW<br>  William L. Neary, Esq.<br>  Neary, Ives & Douglas, Inc.<br>  1100 Fidelity Union Tower<br>  Dallas, Texas 75201<br><br>TINK ANDERSON<br>  Jennings T. Bird, Esq.<br>  Engleby & Bird<br>  Suite 203 Professional Park<br>  4502 Starkey Road<br>  Roanoke, Va. 24014<br><br>RALPH FLYNN<br>DAVID T. GIBSON<br>  John B. Gunn, Esq<br>  2600 El Camino Real<br>  Suite 506<br>  Palo Alto, Calif. 94306<br><br>CHARLES SIMMONS<br>  Anthony J. Trepel, Esq.<br>  Trepel, Gingerich & Hoss<br>  415 South Murphy Avenue<br>  Sunnyvale, Calif. 94086<br><br>Jerry J. Weiss<br>1154 Rippley Street<br>El CAjon, Calif. 92020<br><br>Saul Tave<br>426 Harbor View Lane<br>Largo, Florida 33540<br><br>KEITH FOX<br>  Edwin C. Johnston, Esq.<br>  Johnston, Stillwell & Oberlin<br>  61 North Market Street<br>  Logan, Ohio 43138 |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 162 -- IN RE BESTLINE PRODUCTS SECURITIES & ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Bestline Products, Inc. ✓ | A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-9 |
| Bestline International | A-2 |
| Bestline Corporation ✓ | A-2; A-4; A-5; A-6; A-9 |
| William E. Bailey | A-2; A-5; A-6; A-7; A-9 |
| David L. Eastis | A-2; A-6; A-7 |
| Charles Simmons | *unserved* |
| Joe Cotroneo  x | *unserved* |
| Larry D. Huff  x | *unserved* |
| James Rohn  x | *unserved* |
| Carlton ("Carol") Tucker  x | *unserved* |

p. _____

| | | |
|---|---|---|
| George Wunch | A-7 | |
| Gordon Blaum ✓ | A-7 | |
| Edna Blaum ✓ | A-7 | |
| Frank Interdonato ✓ | A-7 | |
| Robert J. Burke ✗ | A-7 | |
| Robert Hnath | A-9 | |
| *Unserved* | | |
| Bank of America National Trust and Savings | B-1 | |
| Evelle J. Younger | B-1 | |
| N. Lee Nolden | B-1 | |
| Superior Court of Calif. (Losa) | B-1 | |
| E. J. Beckman | C-5 | |

Case MDL No. 162   Document 1   Filed 04/30/15   Page 13 of 13